No. 95–6465. LEWIS *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether a defendant who would otherwise have a constitutional right to a jury trial may be denied that right because the presiding judge has made a pretrial commitment that the aggregate sentence imposed will not exceed six months?" Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–6856 (A–580). FLAMER *v.* DELAWARE ET AL. C. A. 3d Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 95–7098 (A–515). BAILEY *v.* SNYDER, WARDEN. C. A. 3d Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JANUARY 22, 1996

No. 95–339. KOREAN AIR LINES CO., LTD. *v.* HOLLIE, PERSONAL REPRESENTATIVE OF AND ADMINISTRATRIX OF THE ESTATE OF SWIFT, DECEASED. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zicherman* v. *Korean Air Lines Co., ante,* p. 217.